```
             IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF MARYLAND
```

IN RE:   LEVANDER L MCGEE, III       *

                                                    *

    Debtor                         *       Case No: 14-27652 WL

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

LEVANDER L MCGEE, III                 *

    Plaintiff                       *

                                                    Adversary No: 15-00073

                                                  *

SUNTRUST BANK

                                                  *

    Defendant                       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION TO DISMISS COMPLAINT FOR RETURN OF EXEMPT PROPERTY & SANCTIONS

The undersigned, Edward C. Christman of the law firm of Christman & Fascetta, LLC, attorney of record for the debtor and in support of the Motion to Dismiss, states as follows:

1. The garnished funds have been returned to debtor and counsel and the matter has been settled.

WHEREFORE, Edward C. Christman and Christman & Fascetta, LLC request that the Complaint for Return of Exempt Property and Sanctions be dismissed, together with such other and further relief as may be entitled.

Dated:  February 27, 2015

/s/Edward C. Christman<br>
Edward C. Christman<br>
Christman & Fascetta, LLC<br>
810 Gleneagles Court, Ste. 301<br>
Towson, Maryland 21286<br>
(410) 494-8388

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2015, a copy of the foregoing Motion to Withdraw Complaint for Return of Exempt Property was mailed by first class mail, postage prepaid to the following:

U.S. Trustee's Office
101 W. Lombard Street
Baltimore, Maryland 21201

Suntrust Bank
1001 Semmes Avenue 6th Floor
Richmond, VA 23224

Suntrust Bank
c/o Hartman & Egeli, LLP
Attn: John R. Griffin
116 Defense Highway, Ste. 300
Annapolis, Maryland 21401

Suntrut Bank
303 Peachtree Street, NE
36th Floor
Atlanta, GA 30308

Suntrust Bank
c/o CSC-Lawyers Incorporating Service Company
7 St. Paul Street, Ste. 820
Baltimore, Maryland 21202
Resident Agent

Janet M. Nesse
Stinson Leonard Street
1775 Pennsylvania Avenue, NW Ste. 800
Washington, DC 20006

/s/Edward C. Christman<br>
Edward C. Christman