

```
              IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF MARYLAND

IN RE:   LEVANDER L MCGEE, III        *

         Debtor                       *      Case No: 14-27652 WL

 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

 LEVANDER L MCGEE, III                *

         Plaintiff                    *
                                             Adversary No: 15-00073
                                      *
 SUNTRUST BANK
                                      *

         Defendant                    *

 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
              ORDER GRANTING MOTION TO DISMISS
```

Upon Motion duly made by Edward C. Christman of Christman & Fascetta, LLC for an Order To Dismiss Complaint for Return of Exempt Property for the above captioned debtor, it is

ORDERED, that the Complaint for Return of Exempt Property be dismissed.

CC:
U.S. Trustee's Office
101 W. Lombard Street
Baltimore, Maryland 21201

Suntrust Bank
1001 Semmes Avenue 6th Floor
Richmond, VA 23224

Suntrust Bank
c/o Hartman & Egeli, LLP
Attn: John R. Griffin
116 Defense Highway, Ste. 300
Annapolis, Maryland 21401

Suntrut Bank
303 Peachtree Street, NE
36th Floor
Atlanta, GA 30308

Suntrust Bank
c/o CSC-Lawyers Incorporating Service Company
7 St. Paul Street, Ste. 820
Baltimore, Maryland 21202
Resident Agent

Janet M. Nesse
Stinson Leonard Street
1775 Pennsylvania Avenue, NW Ste. 800
Washington, DC 20006

**END OF ORDER**